UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-33390 |
| | ) | |
| MITCHELL H. WEXLER, | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

**ORDER EXTENDING DEADLINE FOR ISAC TO FILE A COMPLAINT
TO DETERMINE DISCHARGEABILITY OF DEBT OR TO OBJECT TO DISCHARGE**

This matter coming before the Court on the Motion of the Illinois Student Assistance Commission ("ISAC") to Extend the Time to File a Complaint to Determine Dischargeability of Debt or to Object to Discharge, due notice having been given and the Court being fully advised:

IT IS HEREBY ORDERED:

The last day for ISAC to file a Complaint to Determine Dischargeability of Debt or to Object to Discharge is extended through and including ~~October 28, 2011~~ September 28, 2011. FINAL EXTENSION.

Dated: 15 JUL 2011

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by:**

Faith Dolgin, SPAAG
Illinois Attorney General's Office
100 W. Randolph St., 13th Floor
Chicago, IL 60601
312-814-5195

Rev: 201100318_bko