**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: WEXLER, MITCHELL H | § | Case No. 10-33390 |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 28, 2010. The undersigned trustee was appointed on July 28, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $        19,069.70

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 37.69 |
| Bank service fees | 798.69 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]       $ | 18,233.32 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/17/2012 and the deadline for filing governmental claims was 01/24/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,656.97. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,656.97, for a total compensation of $2,656.97.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $37.69 and now requests reimbursement for expenses of $0.00, for total expenses of $37.69.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/05/2014     By: /s/JOHN E. GIERUM
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-33390  
**Case Name:** WEXLER, MITCHELL H

**Period Ending:** 06/05/14

**Trustee:** (520171)  JOHN E. GIERUM  
**Filed (f) or Converted (c):** 07/28/10 (f)  
**§341(a) Meeting Date:** 09/10/10  
**Claims Bar Date:** 01/17/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3138 University Ave., Highland<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 900,000.00 | 0.00 | | 0.00 | FA |
| 2 | Vacant lot located at 3128 University, H.P., IL<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 299,000.00 | 56,224.00 | | 0.00 | FA |
| 3 | cash in pocket<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 226.00 | 0.00 | | 0.00 | FA |
| 4 | citibank- personal aact<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 61.00 | 0.00 | | 0.00 | FA |
| 5 | Chase personal account<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 62.00 | 0.00 | | 0.00 | FA |
| 6 | Citibank personal account<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 362.00 | 0.00 | | 0.00 | FA |
| 7 | 2 couches, 2 loveseats, kitchen table and chairs<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Misc. books and pictures, misc. artwork<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 400.00 | 400.00 | | 0.00 | FA |
| 9 | standard clothes<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 800.00 | 0.00 | | 0.00 | FA |
| 10 | Watch<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 100.00 | 100.00 | | 0.00 | FA |
| 11 | Northwestern Mutual- life insurance<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | Unknown | | 0.00 | FA |
| 12 | 401(k) | 4,500.00 | 0.00 | | 0.00 | FA |

Printed: 06/05/2014 10:44 AM    V.13.15

Exhibit A

# FORM 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-33390  
**Case Name:** WEXLER, MITCHELL H  

**Period Ending:** 06/05/14

**Trustee:**   (520171)   JOHN E. GIERUM  
**Filed (f) or Converted (c):** 07/28/10 (f)  
**§341(a) Meeting Date:** 09/10/10  
**Claims Bar Date:** 01/17/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 15 |  |  |  |  |  |
| 13 | Columbia Funding LLC 500 W. Madison St. Chicago<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | Unknown | 0.00 |  | 0.00 | FA |
| 14 | Friedman & Wexler, LLC - 50% member 500 W. Madis<br>  Orig. Asset Memo: Imported from original petition Doc# 15  (See Footnote) | Unknown | 0.00 |  | 0.00 | FA |
| 15 | Loan to Columbia Funding<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 14,500.00 | 14,500.00 |  | 0.00 | FA |
| 16 | Wexler Family Trust- not vested until parents di<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 |  | 0.00 | FA |
| 17 | Friedman & Wexler v. State of Illinois<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 |  | 0.00 | FA |
| 18 | Friedman & Wexler v. VW Credit<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 |  | 0.00 | FA |
| 19 | Friedman & Wexler v. Harley Davidson Credit Corp<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 |  | 0.00 | FA |
| 20 | 2008 Cadillac SRX<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 18,000.00 | 0.00 |  | 0.00 | FA |
| 21 | Home computer and accessories<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 300.00 | 300.00 |  | 0.00 | FA |
| 22 | Misc. toys, games, dishes, garden tools, pots, f<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 200.00 | 0.00 |  | 0.00 | FA |
| 23 | interest in 2004 Searay boat  (u)  (u) | Unknown | Unknown |  | 19,069.70 | FA |

Printed: 06/05/2014 10:44 AM    V.13.15

Exhibit A

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-33390
**Case Name:** WEXLER, MITCHELL H

**Period Ending:** 06/05/14

**Trustee:** (520171) JOHN E. GIERUM
**Filed (f) or Converted (c):** 07/28/10 (f)
**§341(a) Meeting Date:** 09/10/10
**Claims Bar Date:** 01/17/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | Assets  Totals (Excluding unknown values) | $1,240,511.00 | $71,524.00 | | $19,069.70 | $0.00 |

RE PROP# 14    Liens exceed possible assets

**Major Activities Affecting Case Closing:**

investigating and following bankruptcy of 1/2 owned businesses as to whether will lead to asset recovery. case not concluded yet.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012      **Current Projected Date Of Final Report (TFR):**   December 31, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-33390 | | Trustee: | JOHN E. GIERUM (520171) |
| --- | --- | --- | --- | --- |
| Case Name: | WEXLER, MITCHELL H | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******61-65 - Checking Account |
| Taxpayer ID #: | **-***2729 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/05/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/09/12 | {23} | Joseph A. Baldi, Trustee | interest in 2004 Sea Ray Boat | 1229-000 | 19,069.70 | | 19,069.70 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 19,044.70 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.92 | 19,001.78 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.63 | 18,964.15 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.44 | 18,922.71 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.06 | 18,882.65 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.11 | 18,846.54 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.48 | 18,804.06 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.53 | 18,765.53 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.16 | 18,728.37 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 18,728.37 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,069.70 | 19,069.70 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 18,728.37 | |
| | | | Subtotal | | 19,069.70 | 341.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $19,069.70 | $341.33 | |

{} Asset reference(s)

Printed: 06/05/2014 10:44 AM     V.13.15

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-33390 | | **Trustee:** | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| **Case Name:** | WEXLER, MITCHELL H | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | ****-******61-66 - Checking Account |
| **Taxpayer ID #:** | **-***2729 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 06/05/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 06/05/2014 10:44 AM　　V.13.15

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-33390  
**Case Name:** WEXLER, MITCHELL H  

**Taxpayer ID #:** **-***2729  
**Period Ending:** 06/05/14  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9465 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 18,728.37 | | 18,728.37 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.72 | 18,699.65 |
| 02/08/13 | 11001 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #10-33390, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2200-000 | | 20.73 | 18,678.92 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.08 | 18,653.84 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.93 | 18,627.91 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.57 | 18,599.34 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.64 | 18,571.70 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.93 | 18,546.77 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.34 | 18,517.43 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.63 | 18,490.80 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.70 | 18,465.10 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.21 | 18,435.89 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.74 | 18,411.15 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.13 | 18,382.02 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.32 | 18,354.70 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.64 | 18,330.06 |
| 03/04/14 | 11002 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #10-33390, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 02/01/14 | 2200-000 | | 16.96 | 18,313.10 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.46 | 18,287.64 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.06 | 18,259.58 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.26 | 18,233.32 |
| | | | **ACCOUNT TOTALS** | | 18,728.37 | 495.05 | **$18,233.32** |
| | | | Less: Bank Transfers | | 18,728.37 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **495.05** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$495.05** | |

{} Asset reference(s)

Printed: 06/05/2014 10:44 AM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** 10-33390 | **Trustee:** JOHN E. GIERUM (520171) |
| **Case Name:** WEXLER, MITCHELL H | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9465 - Checking Account |
| **Taxpayer ID #:** **-***2729 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 06/05/14 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******61-65** | 19,069.70 | 341.33 | 0.00 |
| **Checking # ****-******61-66** | 0.00 | 0.00 | 0.00 |
| **Checking # ******9465** | 0.00 | 495.05 | 18,233.32 |
| | $19,069.70 | $836.38 | $18,233.32 |

{} Asset reference(s)   Printed: 06/05/2014 10:44 AM   V.13.15

# Claims Proposed Distribution

## Case:  10-33390   WEXLER, MITCHELL H

**Case Balance:** $18,233.32    **Total Proposed Payment:** $18,233.32    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 1 | Ally Financial | Secured | 33,369.65 | 33,369.65 | 0.00 | 33,369.65 | 0.00 | 18,233.32 |
|  | JOHN E. GIERUM <2100-00   Trustee Compensation> | Admin Ch. 7 | 2,656.97 | 2,656.97 | 0.00 | 2,656.97 | 2,656.97 | 15,576.35 |
|  | JOHN E. GIERUM <2200-00   Trustee Expenses> | Admin Ch. 7 | 37.69 | 37.69 | 37.69 | 0.00 | 0.00 | 15,576.35 |
| 2P | Illinois Department of Revenue | Priority | 2,537.00 | 2,537.00 | 0.00 | 2,537.00 | 389.71 | 15,186.64 |
| 3P | Illinois Department of Revenue | Priority | 98,864.11 | 98,864.11 | 0.00 | 98,864.11 | 15,186.64 | 0.00 |
| 2U | Illinois Department of Revenue | Unsecured | 300.27 | 300.27 | 0.00 | 300.27 | 0.00 | 0.00 |
| 3U | Illinois Department of Revenue | Unsecured | 12,071.16 | 12,071.16 | 0.00 | 12,071.16 | 0.00 | 0.00 |
| 4 | Lewis Cato | Unsecured | 635,000.00 | 635,000.00 | 0.00 | 635,000.00 | 0.00 | 0.00 |
| 5 | Illinois Student Assistance Commission | Unsecured | 17,485,497.70 | 17,485,497.70 | 0.00 | 17,485,497.70 | 0.00 | 0.00 |
| 6 | Chase Bank USA NA | Unsecured | 200.65 | 200.65 | 0.00 | 200.65 | 0.00 | 0.00 |
| 7 | Chase Bank USA NA | Unsecured | 6,785.96 | 6,785.96 | 0.00 | 6,785.96 | 0.00 | 0.00 |
| 8 | Chase Bank USA NA | Unsecured | 5,126.73 | 5,126.73 | 0.00 | 5,126.73 | 0.00 | 0.00 |
| 9 | Chase Bank USA NA | Unsecured | 10,079.13 | 10,079.13 | 0.00 | 10,079.13 | 0.00 | 0.00 |
| 10 | KSP Acquisition Corp. | Unsecured | 71,293.84 | 71,293.84 | 0.00 | 71,293.84 | 0.00 | 0.00 |
| 11 | Chase Bank USA NA | Unsecured | 519.93 | 519.93 | 0.00 | 519.93 | 0.00 | 0.00 |
| 12 | Capital One Bank (USA), N.A. | Unsecured | 467.64 | 467.64 | 0.00 | 467.64 | 0.00 | 0.00 |
| 13 | Capital One Bank (USA), N.A. | Unsecured | 2,318.39 | 2,318.39 | 0.00 | 2,318.39 | 0.00 | 0.00 |
| 14 | Capital One Bank (USA), N.A. | Unsecured | 3,662.66 | 3,662.66 | 0.00 | 3,662.66 | 0.00 | 0.00 |
| 15 | Capital One Bank (USA), N.A. | Unsecured | 6,116.70 | 6,116.70 | 0.00 | 6,116.70 | 0.00 | 0.00 |
| 16 | Horeshoe Hammond, LLC | Unsecured | 10,000.00 | 10,000.00 | 0.00 | 10,000.00 | 0.00 | 0.00 |
| 17 | Harrah's Illinois Corporation | Unsecured | 5,000.00 | 5,000.00 | 0.00 | 5,000.00 | 0.00 | 0.00 |
| 18 | FIFTH THIRD BANK | Unsecured | 2,721.17 | 2,721.17 | 0.00 | 2,721.17 | 0.00 | 0.00 |
| 19 | PYOD LLC its successors and assigns as assignee of | Unsecured | 4,856.19 | 4,856.19 | 0.00 | 4,856.19 | 0.00 | 0.00 |
| 20 | PYOD LLC its successors and assigns as assignee of | Unsecured | 311.12 | 311.12 | 0.00 | 311.12 | 0.00 | 0.00 |
| 21 | City of Chicago, Illinois | Unsecured | 11,826,210.50 | 11,826,210.50 | 0.00 | 11,826,210.50 | 0.00 | 0.00 |

# Claims Proposed Distribution

### Case: 10-33390   WEXLER, MITCHELL H

**Case Balance:** $18,233.32   **Total Proposed Payment:** $18,233.32   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 22 | VW Credit, Inc | Unsecured | 1,400,000.00 | 1,400,000.00 | 0.00 | 1,400,000.00 | 0.00 | 0.00 |
| 23 | Pinnacle Entertainment, Inc. | Unsecured | 75,637.40 | 75,637.40 | 0.00 | 75,637.40 | 0.00 | 0.00 |
| 24 | Belterra Resort Indiana LLC | Unsecured | 75,637.40 | 75,637.40 | 0.00 | 75,637.40 | 0.00 | 0.00 |
| 25 | PNK [RENO] LLC d/b/a Boomtown-Reno | Unsecured | 600.00 | 600.00 | 0.00 | 600.00 | 0.00 | 0.00 |
| 26 | PNK(Bossier City)Inc. d/b/a Boomtown Bossier City | Unsecured | 600.00 | 600.00 | 0.00 | 600.00 | 0.00 | 0.00 |
| 27 | Bellagio | Unsecured | 10,000.00 | 10,000.00 | 0.00 | 10,000.00 | 0.00 | 0.00 |
| 28 | Us Dept Of Education | Unsecured | 30,430.11 | 30,430.11 | 0.00 | 30,430.11 | 0.00 | 0.00 |
| | **Total for Case 10-33390 :** | | **$31,818,910.07** | **$31,818,910.07** | **$37.69** | **$31,818,872.38** | **$18,233.32** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $2,694.66 | $2,694.66 | $37.69 | $2,656.97 | 100.000000% |
| **Total Priority Claims :** | $101,401.11 | $101,401.11 | $0.00 | $15,576.35 | 15.361124% |
| **Total Secured Claims :** | $33,369.65 | $33,369.65 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $31,681,444.65 | $31,681,444.65 | $0.00 | $0.00 | 0.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 10-33390
Case Name: WEXLER, MITCHELL H
Trustee Name: JOHN E. GIERUM

**Balance on hand:**  $ 18,233.32

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 18,233.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 2,656.97 | 0.00 | 2,656.97 |

Total to be paid for chapter 7 administration expenses:  $ 2,656.97
Remaining balance:  $ 15,576.35

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 15,576.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $101,401.11 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of Revenue | 2,537.00 | 0.00 | 389.71 |
| 3P | Illinois Department of Revenue | 98,864.11 | 0.00 | 15,186.64 |

Total to be paid for priority claims:  $ 15,576.35
Remaining balance:  $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 31,681,444.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2U | Illinois Department of Revenue | 300.27 | 0.00 | 0.00 |
| 3U | Illinois Department of Revenue | 12,071.16 | 0.00 | 0.00 |
| 4 | Lewis Cato | 635,000.00 | 0.00 | 0.00 |
| 5 | Illinois Student Assistance Commission | 17,485,497.70 | 0.00 | 0.00 |
| 6 | Chase Bank USA NA | 200.65 | 0.00 | 0.00 |
| 7 | Chase Bank USA NA | 6,785.96 | 0.00 | 0.00 |
| 8 | Chase Bank USA NA | 5,126.73 | 0.00 | 0.00 |
| 9 | Chase Bank USA NA | 10,079.13 | 0.00 | 0.00 |
| 10 | KSP Acquisition Corp. | 71,293.84 | 0.00 | 0.00 |
| 11 | Chase Bank USA NA | 519.93 | 0.00 | 0.00 |
| 12 | Capital One Bank (USA), N.A. | 467.64 | 0.00 | 0.00 |
| 13 | Capital One Bank (USA), N.A. | 2,318.39 | 0.00 | 0.00 |
| 14 | Capital One Bank (USA), N.A. | 3,662.66 | 0.00 | 0.00 |
| 15 | Capital One Bank (USA), N.A. | 6,116.70 | 0.00 | 0.00 |
| 16 | Horeshoe Hammond, LLC | 10,000.00 | 0.00 | 0.00 |
| 17 | Harrah's Illinois Corporation | 5,000.00 | 0.00 | 0.00 |
| 18 | FIFTH THIRD BANK | 2,721.17 | 0.00 | 0.00 |
| 19 | PYOD LLC its successors and assigns as assignee of | 4,856.19 | 0.00 | 0.00 |
| 20 | PYOD LLC its successors and assigns as assignee of | 311.12 | 0.00 | 0.00 |
| 21 | City of Chicago, Illinois | 11,826,210.50 | 0.00 | 0.00 |
| 22 | VW Credit, Inc | 1,400,000.00 | 0.00 | 0.00 |
| 23 | Pinnacle Entertainment, Inc. | 75,637.40 | 0.00 | 0.00 |
| 24 | Belterra Resort Indiana LLC | 75,637.40 | 0.00 | 0.00 |
| 25 | PNK [RENO] LLC d/b/a Boomtown-Reno | 600.00 | 0.00 | 0.00 |
| 26 | PNK(Bossier City)Inc. d/b/a Boomtown | 600.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

|    | Claimant            | Allowed Amount | Interim Payments | Proposed Payment |
|----|---------------------|---------------:|-----------------:|-----------------:|
|    | Bossier City        |                |                  |                  |
| 27 | Bellagio            | 10,000.00      | 0.00             | 0.00             |
| 28 | Us Dept Of Education| 30,430.11      | 0.00             | 0.00             |

|                                                   |              |
|---------------------------------------------------|-------------:|
| Total to be paid for timely general unsecured claims: | $ 0.00   |
| Remaining balance:                                | $ 0.00       |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| None     |          |                         |                          |                  |

|                                                   |              |
|---------------------------------------------------|-------------:|
| Total to be paid for tardy general unsecured claims: | $ 0.00    |
| Remaining balance:                                | $ 0.00       |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| None     |          |                         |                          |                  |

|                                                   |              |
|---------------------------------------------------|-------------:|
| Total to be paid for subordinated claims:         | $ 0.00       |
| Remaining balance:                                | $ 0.00       |

**UST Form 101-7-TFR (05/1/2011)**