UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: WEXLER, MITCHELL H    §   Case No. 10-33390
                             §
                             §
                             §
Debtor(s)                    §

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on October 3 , 2014  in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 08/18/2014           By: /s/JOHN E. GIERUM
                                                          Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: WEXLER, MITCHELL H § Case No. 10-33390
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 19,069.70 |
| *and approved disbursements of* | $ | 836.38 |
| *leaving a balance on hand of* [1] | $ | 18,233.32 |
| **Balance on hand:** | $ | 18,233.32 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 18,233.32 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 2,656.97 | 0.00 | 2,656.97 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 2,656.97 |
| Remaining balance: | $ | 15,576.35 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 15,576.35 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $101,401.11 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of Revenue | 2,537.00 | 0.00 | 389.71 |
| 3P | Illinois Department of Revenue | 98,864.11 | 0.00 | 15,186.64 |

Total to be paid for priority claims:    $    15,576.35
Remaining balance:    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,681,444.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Illinois Department of Revenue | 300.27 | 0.00 | 0.00 |
| 3U | Illinois Department of Revenue | 12,071.16 | 0.00 | 0.00 |
| 4 | Lewis Cato | 635,000.00 | 0.00 | 0.00 |
| 5 | Illinois Student Assistance Commission | 17,485,497.70 | 0.00 | 0.00 |
| 6 | Chase Bank USA NA | 200.65 | 0.00 | 0.00 |
| 7 | Chase Bank USA NA | 6,785.96 | 0.00 | 0.00 |
| 8 | Chase Bank USA NA | 5,126.73 | 0.00 | 0.00 |
| 9 | Chase Bank USA NA | 10,079.13 | 0.00 | 0.00 |
| 10 | KSP Acquisition Corp. | 71,293.84 | 0.00 | 0.00 |
| 11 | Chase Bank USA NA | 519.93 | 0.00 | 0.00 |
| 12 | Capital One Bank (USA), N.A. | 467.64 | 0.00 | 0.00 |
| 13 | Capital One Bank (USA), N.A. | 2,318.39 | 0.00 | 0.00 |
| 14 | Capital One Bank (USA), N.A. | 3,662.66 | 0.00 | 0.00 |
| 15 | Capital One Bank (USA), N.A. | 6,116.70 | 0.00 | 0.00 |
| 16 | Horeshoe Hammond, LLC | 10,000.00 | 0.00 | 0.00 |
| 17 | Harrah's Illinois Corporation | 5,000.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 18 | FIFTH THIRD BANK | 32,721.17 | 0.00 | 0.00 |
| 19 | PYOD LLC its successors and assigns as assignee of | 4,856.19 | 0.00 | 0.00 |
| 20 | PYOD LLC its successors and assigns as assignee of | 311.12 | 0.00 | 0.00 |
| 21 | City of Chicago, Illinois | 11,826,210.50 | 0.00 | 0.00 |
| 22 | VW Credit, Inc | 1,400,000.00 | 0.00 | 0.00 |
| 23 | Pinnacle Entertainment, Inc. | 75,637.40 | 0.00 | 0.00 |
| 24 | Belterra Resort Indiana LLC | 75,637.40 | 0.00 | 0.00 |
| 25 | PNK [RENO] LLC d/b/a Boomtown-Reno | 600.00 | 0.00 | 0.00 |
| 26 | PNK(Bossier City)Inc. d/b/a Boomtown Bossier City | 600.00 | 0.00 | 0.00 |
| 27 | Bellagio | 10,000.00 | 0.00 | 0.00 |
| 28 | Us Dept Of Education | 30,430.11 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Mitchell H Wexler  
    Debtor

Case No. 10-33390-ABG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: ahamilton     Page 1 of 3     Date Rcvd: Aug 19, 2014  
                  Form ID: pdf006     Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2014.

```
db            +Mitchell H Wexler,    3138 University Ave.,    Highland Park, IL 60035-1145
15908458      +AT & T Business Services,    P. O. Box 5019,    Carol Stream, IL 60197-5019
15908456      +American Airlines/Citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
15908457      +Aria Resort & Casino Holdings LLC,    Attn: Bruce Aguilera,    3600 Las Vegas Blvd. So.,
                Las Vegas, NV 89109-4303
15908467       BMW Card Services,    P. O. Box 5612,    Hicksville, NY 11802
15908459     #+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
15908463      +Bank of America,    135 S. LaSalle Street,    Chicago, IL 60603-4157
15908464      +Bank of America Business Card,    P. O. Box 15710,    Wilmington, DE 19886-5710
15908465      +Bellagio,    c/o Bruce A Aguilera, Esq,    3600 Las Vegas Blvd, Blvd S.,    Las Vegas, NV 89109-4339
18370805      +Belterra Resort Indiana LLC,    c/o Scott A. Semenek,    Faegre Baker Daniels,
                311 S. Wacker Dr., Suite 4400,    Chicago, IL 60606-6622
15908468     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
15908480     ++CITIBANK,    PO BOX 6030,    SIOUX FALLS SD 57117-6030
              (address filed with court: Citibank, N.A.,    Legal Services Center,    4000 Regent Blvd.,
                Irving, TX 75063)
18044417       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
15908473      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17989393       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
15908479      +Citibank,    Po Box 22066,    Tempe, AZ 85285-2066
18363007      +City of Chicago,    c/o Esther Tryban Telser,    City of Chicago; Department of Law,
                30 N. LaSalle; Room 1400,    Chicago, IL 60602-2503
18363008      +City of Chicago, Illinois,    c/o Esther Tryban Telser,    City of Chicago; Department of Law,
                30 N. LaSalle; Room 1400,    Chicago, IL 60602-2503
15908482      +Clark County Dist. Attorney,    200 Lewis Ave.,    Las Vegas, NV 89101-6300
15908484      +Elaine Wexler,    3138 University Ave.,    Highland Park, IL 60035-1145
15908488     #+FIA Card Services NA,    Po Box 17054,    Wilmington, DE 19850-7054
18096789      +FIFTH THIRD BANK,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
15908490      +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
15908491      +First Federal Credit Control,    c/o Messer & Stilp Ltd.,    166 W. Washington St., Ste 300,
                Chicago, IL 60602-2390
15908492      +First Midwest Bank,    Jonathan N Rogers,    Stitt Klein Daday Aretos Giampietro,
                2550 W Golf Rd Ste 250,    Rolling Meadows, Il 60008-4014
15908496       GMAC Mortgage,    P. O. Box 9001719,    Louisville, KY 40290-1719
15908501     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: HSBC/Bestbuy,    Po Box 15519,    Wilmington, DE 19850)
15908500      +HSBC Finance Corp.,    26525 N. Riverwoods,    Lake Forest, IL 60045-3438
15908498      +Harrah's Illinois Corporation,    a/k/a Harrah's Joliet Casino Hotel,
                c/o The Schreiber Law Firm, LLC,    53 Stiles Rd, Ste A102,    Salem, NH 03079-2890
15908497      +Harrah's Las Vegas,    3700 Flamingo Blvd.,    Las Vegas, NV 89103-4043
18068862      +Horeshoe Hammond, LLC,    a/k/a Horseshoe Casino Hammond,    c/o The Schreiber Law Firm, LLC,
                53 Stiles Rd, Ste A102,    Salem, NH 03079-2890
15908499       Horseshoe Casino,    1 Casino Center Dr.,    Hammond, IN
15908502      +Humana Inc.,    Financial Recovery Dept.,    500 W. Main St.,    Louisville, KY 40202-2946
16296793       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
17552989      +Illinois Student Assistance Commission,    c/o Illinois Attorney General's Office,
                100 W. Randolph St., 13th Floor,    Chicago, IL 60601-3397
15908503      +Internal Revenue Service,    14479 John Humphrey Dr.,    Orland Park, IL 60462-6299
15908504      +KSP Acquisition Corp.,    an IL corp dba CM Financial,    Teller, Levit & Silvertrust, PC,
                11 E. Adams, Suite 800,    Chicago, IL 60603-6324
16536523      +Lewis Cato,    5439 West 25th St,    Cicero, IL 60804-3378
15908508      +Mirage Casino-Hotel,    3400 Las Vegas Blvd So.,    Attn: Mark Russell,    Las Vegas, NV 89109-8907
15908509      +Nationwide Acceptance Corp,    3435 N. Cicero Avenue,    Chicago, IL 60641-3778
15908512      +PNC Bank,    1 National City Pkwy,    Kalamazoo, MI 49009-8002
18370850      +PNK [RENO] LLC d/b/a Boomtown-Reno,    c/o Scott A. Semenek,    Faegre Baker Daniels,
                311 S. Wacker Dr., Suite 4400,    Chicago, IL 60606-6622
18370864      +PNK(Bossier City)Inc. d/b/a Boomtown Bossier City,    c/o Scott A. Semenek,    Faegre Baker Daniels,
                311 S. Wacker Dr., Suite 4400,    Chicago, IL 60606-6622
15908511       Pappas Construction Co.,    8605 N. Lincoln Ave.,    Suite B,    Morton Grove, IL 60053
18370608      +Pinnacle Entertainment, Inc.,    c/o Scott A. Semenek,    Faegre Baker Daniels,
                311 S. Wacker Dr., Suite 4400,    Chicago, IL 60606-6622
15908513       Puget Sound Leasing,    c/o MSCCM,    333 W. Hampton Ave., Suite 425,    Englewood, CO 80110
15908514      +State of IL/Ill Student Assistance,    1755 Lake Cook Road,    Deerfield, IL 60015-5215
15908516      +Synde Keywell,    3636 W. Fullerton Ave.,    Chicago, IL 60647-2345
15908518      +US Dept. of Education,    P. O. Box 530260,    Atlanta, GA 30353-0260
15908517      +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
15908521       VW Credit, Inc,    c/o R Scott Alsterda,    3500 Three First National Plaza,    Chicago, IL 60602
15908519       Venetian Palazzo Casino,    3880 Las Vegas Blvd. So.,    Las Vegas, NV 89101
15908522      +Wynn Las Vegas,    3800 Las Vegas Blvd.,    Las Vegas, NV 89109
```

```
District/off: 0752-1           User: ahamilton              Page 2 of 3                   Date Rcvd: Aug 19, 2014
                               Form ID: pdf006              Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16141197       +E-mail/Text: ally@ebn.phinsolutions.com Aug 20 2014 01:29:28      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
15908466        E-mail/Text: dbowling@belterracasino.com Aug 20 2014 01:29:46      Belterra Casino Resort & Spa,
                 777 Beltera Drive,    Florence, IN 47020
15908493       +E-mail/Text: ally@ebn.phinsolutions.com Aug 20 2014 01:29:28      G M A C,    15303 S 94th Ave,
                 Orland Park, IL 60462-3825
15908494        E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2014 01:38:21      GE Money Bank,     Po Box 103065,
                 Roswell, GA 30076
15908495       +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2014 01:37:07      GEMB/GE Money,     Po Box 30762,
                 Salt Lake City, UT 84130-0762
15908505        E-mail/Text: sdvorak@lakecountyil.gov Aug 20 2014 01:29:12      Lake County Collector,
                 18 North County Street,    Suite 102,    Waukegan, IL 60085-4361
15908510       +E-mail/Text: bnc@nordstrom.com Aug 20 2014 01:29:47      Nordstrom FSB,    Po Box 6565,
                 Englewood, CO 80155-6565
18328429       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2014 01:38:26
                 PYOD LLC its successors and assigns as assignee of,    Citibank, NA, NA,
                 c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
15908515       +E-mail/Text: david.johnson@sterlingnationalbank.com Aug 20 2014 01:30:05
                 Sterling National Bank,    500 7th Ave.,   10th Floor,    New York, NY 10018-5067
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15908461*      +Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
15908460*      +Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
15908469*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
15908470*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
15908471*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
15908472*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
15908481*     ++CITIBANK,   PO BOX 6030,    SIOUX FALLS SD 57117-6030
               (address filed with court: Citibusiness,    Legal Services Center,    4000 Regent Blvd.,
                 Irving, TX 75063)
15908474*      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15908475*      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15908476*      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15908477*      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15908478*      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15908483*      +Clark County Dist. Attorney,    200 Lewis Ave.,   Las Vegas, NV 89101-6300
15908485*      +Elaine Wexler,    3138 University Ave.,   Highland Park, IL 60035-1145
15908486*      +Elaine Wexler,    3138 University Ave.,   Highland Park, IL 60035-1145
15908487*      +Elaine Wexler,    3138 University Ave.,   Highland Park, IL 60035-1145
15908489*      +FIA Card Services NA,    Po Box 17054,   Wilmington, DE 19850-7054
15908506*       Lake County Collector,    18 North County Street,   Suite 102,    Waukegan, IL 60085-4361
15908520*       Venetian Palazzo Casino,    3880 Las Vegas Blvd. So.,   Las Vegas, NV 89101
15908462      ##+Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
15908507      ##+Madsen, Farkas & Powen Ltd,    20 S. Clark Street,   Suite 1050,    Chicago, IL 60603-1853
                                                                                        TOTALS: 0, * 19, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2014                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: ahamilton            Page 3 of 3            Date Rcvd: Aug 19, 2014
                              Form ID: pdf006            Total Noticed: 62
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2014 at the address(es) listed below:

```
          Cameron M Gulden    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov
          E. Philip  Groben    on behalf of Defendant Mitchell H Wexler pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
          Eric D Kaplan    on behalf of Defendant Mitchell H. Wexler ekaplan@kpglaw.com
          Esther E Tryban Telser    on behalf of Creditor   City of Chicago etrybantelser@cityofchicago.org
          Esther E Tryban Telser    on behalf of Plaintiff   City of Chicago etrybantelser@cityofchicago.org
          Faith  Dolgin    on behalf of Creditor    Illinois Student Assistance Commission
           faith.dolgin@illinois.gov
          Howard  Peritz    on behalf of Interested Party    US Auto Title Lenders, Inc.
           ilbarrister@comcast.net
          Joan Ellen Smuda    on behalf of Plaintiff    Illinois Student Assistance Commission
           jsmuda@atg.state.il.us
          Joan Ellen Smuda    on behalf of Creditor    Illinois Student Assistance Commission
           jsmuda@atg.state.il.us
          John E Gierum    on behalf of Trustee John E Gierum jgierum@7trustee.net,    IL25@ecfcbis.com
          John E Gierum     jgierum@7trustee.net,    IL25@ecfcbis.com
          Jonathan N Rogers    on behalf of Creditor     First Midwest Bank jrogers@skdaglaw.com
          Joseph E Cohen    on behalf of Defendant Mitchell H Wexler jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com
          Joseph E Cohen    on behalf of Debtor Mitchell H Wexler jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com
          Lindsay E Wilson Gowin    on behalf of Creditor    VW Credit, Inc. lwgowin@uhlaw.com,
           lmorris@uhlaw.com
          Lindsay E Wilson Gowin    on behalf of Plaintiff    VW Credit, Inc. lwgowin@uhlaw.com,
           lmorris@uhlaw.com
          Maria  Georgopoulos    on behalf of Creditor    Deutsche Bank Trust Company America as trustee
           nd-three@il.cslegal.com
          Patrick F Ross    on behalf of Plaintiff    VW Credit, Inc. pfross@uhlaw.com,
           kburde@uhlaw.com;rjanczak@uhlaw.com;sbmiller@uhlaw.com;jtruskusky@uhlaw.com
          Patrick F Ross    on behalf of Creditor    VW Credit, Inc. pfross@uhlaw.com,
           kburde@uhlaw.com;rjanczak@uhlaw.com;sbmiller@uhlaw.com;jtruskusky@uhlaw.com
          Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
          R Scott Alsterda    on behalf of Creditor    VW Credit, Inc. rsalsterda@uhlaw.com
          R Scott Alsterda    on behalf of Plaintiff    VW Credit, Inc. rsalsterda@uhlaw.com
          Scott A Semenek    on behalf of Creditor    Belterra Resort Indiana LLC scott.semenek@faegrebd.com,
           droberg@faegrebd.com
          Scott A Semenek    on behalf of Plaintiff    PNK (BossierCity), Inc., d/b/a Boomtown Bossier City
           scott.semenek@faegrebd.com,    droberg@faegrebd.com
          Scott A Semenek    on behalf of Creditor    Pinnacle Entertainment, Inc. scott.semenek@faegrebd.com,
           droberg@faegrebd.com
          Scott A Semenek    on behalf of Creditor    PNK [RENO] LLC, d/b/a Boomtown-Reno
           scott.semenek@faegrebd.com,    droberg@faegrebd.com
          Scott A Semenek    on behalf of Plaintiff    PNK [RENO] LLC, d/b/a Boomtown-Reno
           scott.semenek@faegrebd.com,    droberg@faegrebd.com
          Scott A Semenek    on behalf of Plaintiff    Belterra Resort Indiana LLC scott.semenek@faegrebd.com,
           droberg@faegrebd.com
          Scott A Semenek    on behalf of Plaintiff    Pinnacle Entertainment, Inc.
           scott.semenek@faegrebd.com,    droberg@faegrebd.com
          Scott A Semenek    on behalf of Creditor    PNK (BossierCity), Inc., d/b/a Boomtown Bossier City
           scott.semenek@faegrebd.com,    droberg@faegrebd.com
          Synde B. Keywell    on behalf of Creditor    HSBC Finance Corporation skeywell@keywell-law.com,
           jthomas@nslaw.net
          Yan  Teytelman    on behalf of Debtor Mitchell H Wexler yan@ytlawfirm.com,    law_4321@yahoo.com
                                                                                             TOTAL: 32
```