**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  WEXLER, MITCHELL H                           § Case No. 10-33390-ABG
                                                     §
                                                     §
                                                     §
Debtor(s)                                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,240,511.00            Assets Exempt: $908,211.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $15,576.35      Claims Discharged
                                                 Without Payment: $31,767,269.41

Total Expenses of Administration: $3,493.35

---

   3)  Total gross receipts of $     19,069.70     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00     (see **Exhibit 2**), yielded net receipts of $19,069.70 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $33,369.65 | $33,369.65 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,493.35 | 3,493.35 | 3,493.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 101,401.11 | 101,401.11 | 15,576.35 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 31,681,444.65 | 31,681,444.65 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $31,819,708.76 | $31,819,708.76 | $19,069.70 |

4) This case was originally filed under Chapter 7 on July 28, 2010. The case was pending for 53 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/17/2014          By: /s/JOHN E. GIERUM
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| interest in 2004 Searay boat  (u) | 1229-000 | 19,069.70 |
| **TOTAL GROSS RECEIPTS** | | **$19,069.70** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ally Financial | 4210-000 | N/A | 33,369.65 | 33,369.65 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$33,369.65** | **$33,369.65** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 2,656.97 | 2,656.97 | 2,656.97 |
| JOHN E. GIERUM | 2200-000 | N/A | 37.69 | 37.69 | 37.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.92 | 42.92 | 42.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.63 | 37.63 | 37.63 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | | 41.44 | 41.44 | 41.44 |
| The Bank of New York Mellon | 2600-000 | N/A | | 40.06 | 40.06 | 40.06 |
| The Bank of New York Mellon | 2600-000 | N/A | | 36.11 | 36.11 | 36.11 |
| The Bank of New York Mellon | 2600-000 | N/A | | 42.48 | 42.48 | 42.48 |
| The Bank of New York Mellon | 2600-000 | N/A | | 38.53 | 38.53 | 38.53 |
| The Bank of New York Mellon | 2600-000 | N/A | | 37.16 | 37.16 | 37.16 |
| Rabobank, N.A. | 2600-000 | N/A | | 28.72 | 28.72 | 28.72 |
| Rabobank, N.A. | 2600-000 | N/A | | 25.08 | 25.08 | 25.08 |
| Rabobank, N.A. | 2600-000 | N/A | | 25.93 | 25.93 | 25.93 |
| Rabobank, N.A. | 2600-000 | N/A | | 28.57 | 28.57 | 28.57 |
| Rabobank, N.A. | 2600-000 | N/A | | 27.64 | 27.64 | 27.64 |
| Rabobank, N.A. | 2600-000 | N/A | | 24.93 | 24.93 | 24.93 |
| Rabobank, N.A. | 2600-000 | N/A | | 29.34 | 29.34 | 29.34 |
| Rabobank, N.A. | 2600-000 | N/A | | 26.63 | 26.63 | 26.63 |
| Rabobank, N.A. | 2600-000 | N/A | | 25.70 | 25.70 | 25.70 |
| Rabobank, N.A. | 2600-000 | N/A | | 29.21 | 29.21 | 29.21 |
| Rabobank, N.A. | 2600-000 | N/A | | 24.74 | 24.74 | 24.74 |
| Rabobank, N.A. | 2600-000 | N/A | | 29.13 | 29.13 | 29.13 |
| Rabobank, N.A. | 2600-000 | N/A | | 27.32 | 27.32 | 27.32 |
| Rabobank, N.A. | 2600-000 | N/A | | 24.64 | 24.64 | 24.64 |
| Rabobank, N.A. | 2600-000 | N/A | | 25.46 | 25.46 | 25.46 |
| Rabobank, N.A. | 2600-000 | N/A | | 28.06 | 28.06 | 28.06 |
| Rabobank, N.A. | 2600-000 | N/A | | 26.26 | 26.26 | 26.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $3,493.35 | $3,493.35 | $3,493.35 |

## **EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Illinois Department of Revenue | 5800-000 | N/A | 2,537.00 | 2,537.00 | 389.71 |
| 3P | Illinois Department of Revenue | 5800-000 | N/A | 98,864.11 | 98,864.11 | 15,186.64 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $101,401.11 | $101,401.11 | $15,576.35 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Illinois Department of Revenue | 7100-000 | N/A | 300.27 | 300.27 | 0.00 |
| 3U | Illinois Department of Revenue | 7100-000 | N/A | 12,071.16 | 12,071.16 | 0.00 |
| 4 | Lewis Cato | 7100-000 | N/A | 635,000.00 | 635,000.00 | 0.00 |
| 5 | Illinois Student Assistance Commission | 7100-000 | N/A | 17,485,497.70 | 17,485,497.70 | 0.00 |
| 6 | Chase Bank USA NA | 7100-000 | N/A | 200.65 | 200.65 | 0.00 |
| 7 | Chase Bank USA NA | 7100-000 | N/A | 6,785.96 | 6,785.96 | 0.00 |
| 8 | Chase Bank USA NA | 7100-000 | N/A | 5,126.73 | 5,126.73 | 0.00 |
| 9 | Chase Bank USA NA | 7100-000 | N/A | 10,079.13 | 10,079.13 | 0.00 |
| 10 | KSP Acquisition Corp. | 7100-000 | N/A | 71,293.84 | 71,293.84 | 0.00 |
| 11 | Chase Bank USA NA | 7100-000 | N/A | 519.93 | 519.93 | 0.00 |
| 12 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 467.64 | 467.64 | 0.00 |
| 13 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 2,318.39 | 2,318.39 | 0.00 |
| 14 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,662.66 | 3,662.66 | 0.00 |
| 15 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 6,116.70 | 6,116.70 | 0.00 |
| 16 | Horeshoe Hammond, LLC | 7100-000 | N/A | 10,000.00 | 10,000.00 | 0.00 |
| 17 | Harrah's Illinois Corporation | 7100-000 | N/A | 5,000.00 | 5,000.00 | 0.00 |
| 18 | FIFTH THIRD BANK | 7100-000 | N/A | 2,721.17 | 2,721.17 | 0.00 |
| 19 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 4,856.19 | 4,856.19 | 0.00 |
| 20 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 311.12 | 311.12 | 0.00 |
| 21 | City of Chicago, Illinois | 7100-000 | N/A | 11,826,210.50 | 11,826,210.50 | 0.00 |
| 22 | VW Credit, Inc | 7100-000 | N/A | 1,400,000.00 | 1,400,000.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | Pinnacle Entertainment, Inc. | 7100-000 | N/A | 75,637.40 | 75,637.40 | 0.00 |
| 24 | Belterra Resort Indiana LLC | 7100-000 | N/A | 75,637.40 | 75,637.40 | 0.00 |
| 25 | PNK [RENO] LLC d/b/a Boomtown-Reno | 7100-000 | N/A | 600.00 | 600.00 | 0.00 |
| 26 | PNK(Bossier City)Inc. d/b/a Boomtown Bossier City | 7100-000 | N/A | 600.00 | 600.00 | 0.00 |
| 27 | Bellagio | 7100-000 | N/A | 10,000.00 | 10,000.00 | 0.00 |
| 28 | Us Dept Of Education | 7100-000 | N/A | 30,430.11 | 30,430.11 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $31,681,444.65 | $31,681,444.65 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-33390-ABG  
**Case Name:** WEXLER, MITCHELL H  

**Period Ending:** 12/17/14

**Trustee:** (520171)  JOHN E. GIERUM  
**Filed (f) or Converted (c):** 07/28/10 (f)  
**§341(a) Meeting Date:** 09/10/10  
**Claims Bar Date:** 01/17/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   3138 University Ave., Highland  Orig. Asset Memo: Imported from original petition Doc# 15 | 900,000.00 | 0.00 | | 0.00 | FA |
| 2   Vacant lot located at 3128 University, H.P., IL  Orig. Asset Memo: Imported from original petition Doc# 15 | 299,000.00 | 56,224.00 | | 0.00 | FA |
| 3   cash in pocket  Orig. Asset Memo: Imported from original petition Doc# 15 | 226.00 | 0.00 | | 0.00 | FA |
| 4   citibank- personal aact  Orig. Asset Memo: Imported from original petition Doc# 15 | 61.00 | 0.00 | | 0.00 | FA |
| 5   Chase personal account  Orig. Asset Memo: Imported from original petition Doc# 15 | 62.00 | 0.00 | | 0.00 | FA |
| 6   Citibank personal account  Orig. Asset Memo: Imported from original petition Doc# 15 | 362.00 | 0.00 | | 0.00 | FA |
| 7   2 couches, 2 loveseats, kitchen table and chairs  Orig. Asset Memo: Imported from original petition Doc# 15 | 2,000.00 | 0.00 | | 0.00 | FA |
| 8   Misc. books and pictures, misc. artwork  Orig. Asset Memo: Imported from original petition Doc# 15 | 400.00 | 400.00 | | 0.00 | FA |
| 9   standard clothes  Orig. Asset Memo: Imported from original petition Doc# 15 | 800.00 | 0.00 | | 0.00 | FA |
| 10  Watch  Orig. Asset Memo: Imported from original petition Doc# 15 | 100.00 | 100.00 | | 0.00 | FA |
| 11  Northwestern Mutual- life insurance  Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | Unknown | | 0.00 | FA |
| 12  401(k) | 4,500.00 | 0.00 | | 0.00 | FA |

Printed: 12/17/2014 11:02 AM    V.13.20

# FORM 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-33390-ABG  
**Case Name:** WEXLER, MITCHELL H  

**Period Ending:** 12/17/14

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 07/28/10 (f)  
**§341(a) Meeting Date:** 09/10/10  
**Claims Bar Date:** 01/17/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 15 |  |  |  |  |  |
| 13 | Columbia Funding LLC 500 W. Madison St. Chicago<br>Orig. Asset Memo: Imported from original petition Doc# 15 | Unknown | 0.00 |  | 0.00 | FA |
| 14 | Friedman & Wexler, LLC - 50% member 500 W. Madis<br>Orig. Asset Memo: Imported from original petition Doc# 15  (See Footnote) | Unknown | 0.00 |  | 0.00 | FA |
| 15 | Loan to Columbia Funding<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 14,500.00 | 14,500.00 |  | 0.00 | FA |
| 16 | Wexler Family Trust- not vested until parents di<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 |  | 0.00 | FA |
| 17 | Friedman & Wexler v. State of Illinois<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 |  | 0.00 | FA |
| 18 | Friedman & Wexler v. VW Credit<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 |  | 0.00 | FA |
| 19 | Friedman & Wexler v. Harley Davidson Credit Corp<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 |  | 0.00 | FA |
| 20 | 2008 Cadillac SRX<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 18,000.00 | 0.00 |  | 0.00 | FA |
| 21 | Home computer and accessories<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 300.00 | 300.00 |  | 0.00 | FA |
| 22 | Misc. toys, games, dishes, garden tools, pots, f<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 200.00 | 0.00 |  | 0.00 | FA |
| 23 | interest in 2004 Searay boat  (u) (u) | Unknown | Unknown |  | 19,069.70 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-33390-ABG  
**Case Name:** WEXLER, MITCHELL H

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 07/28/10 (f)  
**§341(a) Meeting Date:** 09/10/10

**Period Ending:** 12/17/14  
**Claims Bar Date:** 01/17/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 23 Assets Totals (Excluding unknown values) | $1,240,511.00 | $71,524.00 | | $19,069.70 | $0.00 |

RE PROP# 14    Liens exceed possible assets

**Major Activities Affecting Case Closing:**

investigating and following bankruptcy of 1/2 owned businesses as to whether will lead to asset recovery. case not concluded yet.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012      **Current Projected Date Of Final Report (TFR):**    December 31, 2015

Printed: 12/17/2014 11:02 AM    V.13.20

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-33390-ABG  
**Case Name:** WEXLER, MITCHELL H  

**Taxpayer ID #:** **-***2729  
**Period Ending:** 12/17/14  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******61-65 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/09/12 | {23} | Joseph A. Baldi, Trustee | interest in 2004 Sea Ray Boat | 1229-000 | 19,069.70 | | 19,069.70 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 19,044.70 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.92 | 19,001.78 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.63 | 18,964.15 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.44 | 18,922.71 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.06 | 18,882.65 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.11 | 18,846.54 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.48 | 18,804.06 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.53 | 18,765.53 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.16 | 18,728.37 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 18,728.37 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,069.70 | 19,069.70 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 18,728.37 | |
| | | | **Subtotal** | | 19,069.70 | 341.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,069.70** | **$341.33** | |

{} Asset reference(s)

Printed: 12/17/2014 11:02 AM    V.13.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-33390-ABG | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | WEXLER, MITCHELL H | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******61-66 - Checking Account |
| Taxpayer ID #: | **-***2729 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/17/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/17/2014 11:02 AM  V.13.20

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-33390-ABG  
**Case Name:** WEXLER, MITCHELL H  
**Taxpayer ID #:** **-***2729  
**Period Ending:** 12/17/14  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9465 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 18,728.37 | | 18,728.37 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.72 | 18,699.65 |
| 02/08/13 | 11001 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #10-33390, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2200-000 | | 20.73 | 18,678.92 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.08 | 18,653.84 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.93 | 18,627.91 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.57 | 18,599.34 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.64 | 18,571.70 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.93 | 18,546.77 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.34 | 18,517.43 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.63 | 18,490.80 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.70 | 18,465.10 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.21 | 18,435.89 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.74 | 18,411.15 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.13 | 18,382.02 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.32 | 18,354.70 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.64 | 18,330.06 |
| 03/04/14 | 11002 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #10-33390, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 02/01/14 | 2200-000 | | 16.96 | 18,313.10 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.46 | 18,287.64 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.06 | 18,259.58 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.26 | 18,233.32 |
| 10/08/14 | 11003 | JOHN E. GIERUM | Dividend paid 100.00% on $2,656.97, Trustee Compensation; Reference: | 2100-000 | | 2,656.97 | 15,576.35 |
| 10/08/14 | 11004 | Illinois Department of Revenue | First and Final Distribution | 5800-000 | | 389.71 | 15,186.64 |
| 10/08/14 | 11005 | Illinois Department of Revenue | First and Final Distribution | 5800-000 | | 15,186.64 | 0.00 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 18,728.37 | 18,728.37 | $0.00 |
| | | | Less: Bank Transfers | | 18,728.37 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 18,728.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$18,728.37** | |

{} Asset reference(s)      Printed: 12/17/2014 11:02 AM V.13.20

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-33390-ABG | **Trustee:** JOHN E. GIERUM (520171) |
| **Case Name:** WEXLER, MITCHELL H | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9465 - Checking Account |
| **Taxpayer ID #:** **-***2729 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/17/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******61-65** | 19,069.70 | 341.33 | 0.00 |
| **Checking # ****-******61-66** | 0.00 | 0.00 | 0.00 |
| **Checking # ******9465** | 0.00 | 18,728.37 | 0.00 |
| | $19,069.70 | $19,069.70 | $0.00 |

{} Asset reference(s)

Printed: 12/17/2014 11:02 AM    V.13.20